Case 1:06-cv-01263-JDB    Document 3    Filed 07/14/2006    Page 1 of 1



FILED
JUL 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, | CASE NUMBER 1:06CV01263 |
| Plaintiff | JUDGE: Paul L. Friedman |
| vs | DECK TYPE: Administrative Agency Review |
| MICHAEL O. LEAVITT, et. al. | DATE STAMP: 07/14/2006 |
| Defendant | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _____Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____Baystate Medical Center_____ which have any outstanding securities in the hands of the public:

[NONE]

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

436567
BAR IDENTIFICATION NO.

Christopher L. Keough
Print Name

1455 Pennsylvania Avenue, N.W., Suite 600
Address

Washington   DC        20004-1008
City         State     Zip Code

(202) 639-6500
Phone Number