AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BAYSTATE MEDICAL CENTER,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT and
JO ANNE B. BARNHART

CASE NUMBER 1:06CV01263

JUDGE: Paul L. Friedman

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/14/2006

TO: (Name and address of Defendant)

JO ANNE B. BARNHART
Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         JUL 13 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JULY 14, 2006 |
| NAME OF SERVER *(PRINT)*  KATHRYN J. MEREIGH | TITLE  LITIGATION ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  BY CERTIFIED MAIL (SEE ATTACHED)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    JULY 19, 2006              *Kathryn J. Mereigh*
                  Date                     *Signature of Server*

VINSON & ELKINS L.L.P.
1455 PENNSYLVANIA AVENUE, NW, SUITE 600
WASHINGTON, DC 20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

