UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01263 |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 7, defendants hereby move for a forty-five day extension of time to respond to the complaint. Defendants' response is currently due on September 12, 2006, and defendants request until October 27, 2006, within which to file their response. The complaint in this case is 133 pages long and includes 370 paragraphs and an enormous number of allegations. Addressing the multiple legal and factual issues will require the analysis of highly technical information. In addition, because this case arises under the Administrative Procedure Act, it will be based on the administrative record of the actions alleged. Defendants are currently compiling the administrative record, which contains almost 9000 pages of material. The index must still be created and then the record will be printed, and finally, checked for errors or omissions. The completion of this process and delivery of a final administrative record is expected to take another two to three weeks.

Defendants will require additional time to collect and review all the necessary materials in this case and draft a response to the complaint. Defendants' request for a 45-day extension of time is reasonable, will not unduly delay this case, and will not prejudice plaintiff. Plaintiff's

counsel has informed defendants' counsel that plaintiff does not oppose this motion. For these reasons, defendants' unopposed motion for an extension of time should be granted.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        SHEILA M. LIEBER
        Deputy Director

        **/s/ Lisa A. Olson**
        BRIAN G. KENNEDY
        LISA A. OLSON (D.C. Bar #38266)
        U.S. Department of Justice
        20 Mass. Ave., N.W., Room 7300
        Washington, D.C. 20530
        Telephone: (202) 514-5633
        Telefacsimile: (202) 616-8470
        E-mail: lisa.olson@usdoj.gov
Dated: Sept. 8, 2006        Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BAYSTATE MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01263 |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### ORDER

The Court having considered defendants unopposed motion for an extension of time, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED that defendants' motion is granted, and it is further

ORDERED that defendants will file a response to the complaint on or before October 27, 2006.

Dated: _____, 2006        _____
                                    JOHN D. BATES
                                    UNITED STATES JUDGE