UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 1:06-cv-01263 |
| MICHAEL O. LEAVITT, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 7, defendants hereby move for a second extension of time, of 30 additional days, to respond to the complaint. Defendants' response is currently due on October 27, 2006. Defendants' counsel were assigned to this case in early September. Since that time they have carefully reviewed the 133-page, 370-paragraph complaint and are in the process of gathering information concerning the enormous number of factual allegations and legal claims contained therein, many of which are ambiguous. The complaint expansively sets forth most of the information on which all of plaintiff's claims are based, and a significantly greater amount of time will therefore be required to respond to a complaint of this magnitude. Furthermore, defendants finished compiling the Administrative Record and transmitted it to undersigned counsel on October 13. The Administrative Record consists of 8773 pages, and defendants' counsel are now reviewing it. Given the extraordinary length of the complaint and number of complex allegations, the massiveness of the Administrative Record, and the highly technical nature of the issues in this case, counsel for defendants require additional time to determine exactly what plaintiff's allegations are, what facts relate to those allegations, and what form

defendants' response should take. The interests of judicial economy will be served if defendants are allowed a reasonable amount of time to evaluate how this case should properly proceed so as to be resolved as efficiently as possible.

Defendants' request for an additional extension of time of 30 days is reasonable, will not unduly delay this case, and will not prejudice plaintiff. Plaintiff's counsel has informed defendants' counsel that plaintiff does not oppose this extension of time. For these reasons, defendants' unopposed motion for an extension of time should be granted.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          SHEILA M. LIEBER
                                          Deputy Director

                                          **/s/ Lisa A. Olson**
                                          BRIAN G. KENNEDY
                                          LISA A. OLSON (D.C. Bar #38266)
                                          U.S. Department of Justice
                                          20 Mass. Ave., N.W., Room 7300
                                          Washington, D.C. 20530
                                          Telephone: (202) 514-5633
                                          Telefacsimile: (202) 616-8470
                                          E-mail: lisa.olson@usdoj.gov
Dated: Oct. 20, 2006                Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-01263 |
| MICHAEL O. LEAVITT, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

The Court having considered defendants' second unopposed motion for an extension of time, good cause having been shown, and there being no opposition thereto, it is hereby

ORDERED that defendants' motion is granted, and it is further

ORDERED that defendants will file a response to the complaint on or before November 27, 2006.


Dated: _____, 2006        _____
                                    JOHN D. BATES
                                    UNITED STATES JUDGE