UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-01263 |
| | ) | |
| MICHAEL O. LEAVITT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' NOTICE OF FILING

PLEASE TAKE NOTICE THAT, Defendants, Michael O. Leavitt, Secretary of Health and Human Services, and Jo Anne B. Barnhart, Commissioner of the Social Security Administration, file herewith the administrative record of this matter made before the Department of Health and Human Services, as described more fully in the Certification of Administrative Record also filed herewith.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

OF COUNSEL:

SHEILA M. LIEBER
Deputy Director

DANIEL MERON
General Counsel

**/s/ Lisa A. Olson**
BRIAN G. KENNEDY
LISA A. OLSON (D.C. Bar #38266)
U.S. Department of Justice
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
   Counsel for Litigation

PAUL E. SOEFFING

Attorney

United States Department of
    Health and Human Services

Dated: Nov. 22, 2006                                       Counsel for Defendants

CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2006, copies of the Administrative Record were served upon plaintiff's counsel by hand-delivery as follows:

> Christopher L. Keough
> John M. Faust
> Stephanie A. Webster
> Vinson & Elkins L.L.P.
> The Willard Office Building
> 1455 Pennsylvania Avenue, N.W.
> Suite 600
> Washington, D.C. 20004-1008

**/s/ Lisa A. Olson**