UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services, et al.,<br><br>    Defendants. | Civil Action No.  06-1263 (JDB) |

**ORDER**

Defendants have now answered plaintiff's complaint seeking judicial review of a final agency decision pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701, et seq. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to such actions. See Local Civil Rule 16.3(b)(1). The Court has reviewed the complaint and the answer in this case. Defendants raise grounds for dismissal or judgment, but have not yet filed a dispositive motion. Accordingly, it is hereby

ORDERED that the parties shall confer and submit by not later than December 19, 2006, a proposed briefing schedule for the filing of dispositive motions to resolve this matter.

                                          /s/
                                    JOHN D. BATES
                              United States District Judge

Dated:   November 28, 2006