UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-01263 (JDB) |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order of November 28, 2006, the parties jointly propose the following briefing schedule for the filing of dispositive motions to resolve this matter:

1. On February 1, 2007, Plaintiff will file and serve a Motion for Summary Judgment on Count I of the Complaint and supporting papers;

2. On March 12, 2007, Defendant Leavitt will file and serve a Cross-Motion for Summary Judgment on Count I of the Complaint and an Opposition to Plaintiff's Motion for Summary Judgment, together with supporting papers;

3. On April 18, 2007, Plaintiff will file and serve a Reply in Support of its Motion for Summary Judgment and an Opposition to Defendant Leavitt's Cross-Motion for Summary Judgment, together with supporting papers; and

4. On May 18, 2007, Defendant Leavitt will file and serve a Reply in Support of his Cross-Motion for Summary Judgment, together with supporting papers.

By agreement, this briefing schedule addresses Count I only (against Defendant Leavitt for judicial review under the Medicare Act), as that count will be dispositive if Plaintiff's motion is granted. Should the Court grant Defendant Leavitt's motion instead, the parties will confer at

that time and propose a briefing schedule for motions on Counts II and III (which alternatively seek an order compelling Defendant Barnhart to produce relevant records).

Respectfully submitted,

| | |
|---|---|
| JEFFREY A. TAYLOR<br>United States Attorney | /s/ John M. Faust<br>Christopher L. Keough<br>  DC Bar No. 436567 |
| SHEILA M. LIEBER<br>Deputy Director | John M. Faust<br>  DC Bar No. 433553<br>Stephanie A. Webster |
| /s/ Lisa A. Olsen<br>BRIAN G. KENNEDY<br>LISA A. OLSON<br>  DC Bar No. 38266<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W.<br>Room 7300<br>Washington, D.C. 20530<br>Telephone:  (202) 514-5633<br>Facsimile:   (202) 616-8470 |   DC Bar No. 479524<br>VINSON & ELKINS L.L.P.<br>1455 Pennsylvania Avenue, N.W.<br>Suite 600<br>Washington, D.C.  20004-1008<br>Telephone:  (202) 639-6500<br>Facsimile:   (202) 639-6604 |
| Counsel for Defendants | Counsel for Plaintiff |

Dated:  December 18, 2006

*SO ORDERED.*

Dated: _____

John D. Bates<br>United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2006, I electronically filed the foregoing Proposed Briefing Schedule with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Defendants:

>BRIAN G. KENNEDY
>LISA A. OLSON
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7300
>Washington, D.C. 20530

>/s/ John M. Faust
>John M. Faust