UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services, <u>et al.</u>,<br><br>     Defendants. | Civil Action No.  06-1263 (JDB) |

## SCHEDULING ORDER

Upon consideration of the parties' proposed briefing schedule, it is hereby

**ORDERED** that the following briefing schedule is adopted by the Court:

1. Plaintiff's motion for summary judgment on Count I shall be filed by not later than February 1, 2007.

2. Defendants' cross-motion for summary judgment on Count I and opposition to plaintiff's motion for summary judgment shall be filed by not later than March 12, 2007.

3. Plaintiff's opposition to defendants' motion for summary judgment and reply in support of its motion shall be filed by not later than April 18, 2007.

4. Defendants' reply memorandum in support of defendants' motion for summary judgment shall be filed by not later than May 18, 2007.

                                                        /s/
                                     JOHN D. BATES
                              United States District Judge

Dated:   December 22, 2006