## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-1263 (JDB) |
| MICHAEL O. LEAVITT, *et al.*, | ) ) ) |
| Defendants. | ) |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), the undersigned counsel respectfully enters his appearance for Plaintiff.

Respectfully submitted,

/s/ John M. Faust
John M. Faust (DC Bar No. 433553)
VINSON ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
Telephone:  202.639.6727
Facsimile:   202.639.6604

Counsel for Plaintiff

February 2, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2007, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record for the Defendants:

>LISA A. OLSON
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7300
>Washington, D.C. 20530

>/s/ John M. Faust
>John M. Faust