# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BAYSTATE MEDICAL CENTER,

     Plaintiff,

       v.

MICHAEL O. LEAVITT, Secretary,
United States Department of Health and
Human Services, <u>et al.</u>,

     Defendants.

Civil Action No.  06-1263 (JDB)

## <u>AMENDED SCHEDULING ORDER</u>

Upon consideration of defendants' motion for extension of time to respond to plaintiff's motion for summary judgment, and plaintiff's opposition thereto, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; it is further

**ORDERED** that no further extensions shall be granted absent extraordinary circumstances; it is further

**ORDERED** the parties' briefs shall be filed in accordance with the following schedule:

1.     Defendants' cross-motion for summary judgment on Count I and opposition to plaintiff's motion for summary judgment shall be filed by not later than April 11, 2007.

2.     Plaintiff's opposition to defendants' motion for summary judgment and reply in support of its motion shall be filed by not later than May 18, 2007.

3.     Defendants' reply memorandum in support of defendants' motion for summary judgment shall be filed by not later than June 18, 2007.

          /s/
        JOHN D. BATES
    United States District Judge

Dated:   March 5, 2007