UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-01263 |
| MICHAEL O. LEAVITT, et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER

This matter having come before the Court on Defendant Leavitt's motion for summary judgment, and the Court being fully advised in the premises and concluding that defendant Leavitt's motion should be granted, it is hereby ORDERED that defendant Leavitt's motion for summary judgment be, and hereby is, GRANTED, and the Clerk is directed to enter a judgment in favor of defendant Leavitt that plaintiff take nothing.

_____
UNITED STATES DISTRICT JUDGE

Date: _____