UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-1263 (JDB) |
| | ) |
| MICHAEL O. LEAVITT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING OF JOINT APPENDIX**

PLEASE TAKE NOTE THAT on June 29, 2007, Plaintiff filed a Joint Appendix Pursuant to Local Rule 7(n). The appendix is in paper form only and is being maintained in the case file in the Clerk's Office. The appendix will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Respectfully submitted,

 */s/* Christopher L. Keough
Christopher L. Keough
 DC Bar No. 436567
John M. Faust
 DC Bar No. 433553
Stephanie A. Webster
 DC Bar No. 479524
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for Plaintiff

June 29, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2007, I electronically filed the foregoing Notice of Filing of Joint Appendix using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Defendants:

>BRIAN G. KENNEDY
>LISA A. OLSON
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7300
>Washington, D.C. 20530

I also certify that a copy of the Joint Appendix was today served upon Defendants' counsel by hand delivery to the address above.

/s/ Christopher L. Keough
Christopher L. Keough