UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>United States Department of Health and<br>Human Services, <u>et al.</u>,<br><br>    Defendants. | Civil Action No. 06-1263 (JDB) |

## ORDER

Pursuant to the status hearing held on this  29th  day of November, 2007, it is hereby

**ORDERED** that plaintiffs in <u>Auburn Regional Medical Center v. Leavitt</u>, Civil Action No. 07-2075, shall be granted leave to file an amicus brief, not to exceed 35 pages in length, limited to addressing the issues common to their case and the above-captioned action, and that such brief shall be filed by not later than January 7, 2008; it is further

**ORDERED** that defendants' response shall be filed by not later than February 4, 2008, and shall not exceed 25 pages in length; it is further

**ORDERED** that plaintiff Baystate Medical Center's response to the amicus brief, if any, shall be filed by not later than February 4, 2008, and shall not exceed 15 pages in length; and it is further

**ORDERED** that a hearing on the pending cross-motions for summary judgment is scheduled for February 14, 2008, at 9:30 a.m.

**SO ORDERED.**

                                                                /s/
                                                    JOHN D. BATES
                                            United States District Judge