UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, | ) |
|     Plaintiff, | ) ) ) |
|             v. | )   Civil Action No. 1:06-cv-01263 (JDB) ) |
| MICHAEL O. LEAVITT, et al., | ) ) |
|     Defendants. | ) ) |

**CONSENT MOTION TO RESCHEDULE HEARING**

Plaintiff Baystate Medical Center hereby requests a brief continuance of the hearing on the pending cross-motions for summary judgment that is currently scheduled for February 14, 2008, at 9:30 a.m. The continuance is requested due to a scheduling conflict that has emerged for one of Plaintiff's representatives who is planning to attend the hearing.

Plaintiff proposes to reschedule the hearing for either February 19 or February 20, 2008. Undersigned counsel have conferred with counsel for the Defendants and with counsel for *Auburn Regional Medical Center v. Leavitt* (No. 07-2075), and is authorized to represent that these dates are acceptable. If the Court would prefer other dates, Plaintiff's counsel will be pleased to verify and report back to the Court on the parties' availability on such other days as the Court might suggest.

A proposed order accompanies this motion.

                Respectfully submitted,

                /s/ John M. Faust
                Christopher L. Keough
                   DC Bar No. 436567
                John M. Faust
                   DC Bar No. 433553
                Stephanie A. Webster
                   DC Bar No. 479524
                VINSON & ELKINS L.L.P.
                1455 Pennsylvania Avenue, N.W.
                Suite 600
                Washington, D.C.  20004-1008
                Telephone:  (202) 639-6500
                Facsimile:   (202) 639-6604

                Attorneys for Plaintiff Baystate Medical Center

Dated:  December 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2007, I electronically filed the foregoing Consent Motion to Reschedule Hearing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Defendants:

>BRIAN G. KENNEDY
>LISA A. OLSON
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7300
>Washington, D.C. 20530

/s/ John M. Faust
John M. Faust

Attorney for Plaintiff Baystate Medical Center