UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:06-cv-01263 (JDB) |

**ORDER**

Upon consideration of Plaintiff's consent motion to reschedule the hearing on the pending cross-motions for summary judgment that is currently scheduled for February 14, 2008, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED.** Hearing on the pending cross-motions is now scheduled for February ___, 2008, at _____.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge