UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-1263 (JDB) |
| | ) | |
| MICHAEL O. LEAVITT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF BAYSTATE'S OPPOSITION TO MOTION FOR
EXTENSION OF TIME TO FILE AMICUS BRIEF**

Plaintiff Baystate Medical Center hereby gives notice of its opposition to the motion filed by plaintiffs in *Auburn Regional Medical Center v. Leavitt*, Case No. 07-2075, for an extension of time to file an amicus brief in this case. The grounds for this opposition are as follows:

(1) As it stands, the amicus briefing schedule that the Court established in this case leaves only seven business days between the Government's filing of its brief in response to Auburn's amicus brief on February 4, 2008 and the scheduled hearing on pending cross-motions for summary judgment on February 14, 2008. The Court has advised that later hearing dates are not available on its calendar.

(2) If the amicus briefing schedule is extended as the *Auburn* plaintiffs request, the interval between the Government's brief in response to Auburn's amicus brief and the scheduled hearing in this case would shrink to five business days. In that very short interval, Baystate would be hard-pressed to both respond to the Government's brief (if necessary) and prepare adequately for the scheduled hearing. Baystate is entitled to a full and fair opportunity to do both.

(3) Baystate should not be prejudiced by the participation of an amicus curiae in its already fully briefed case, especially given that there is no significant overlap between the issues for decision in *Auburn* and in this case. In *Auburn*, the issue is the PRRB's statutory power to grant equitable relief, a purely legal question not at issue in *Baystate*. Should the Court decide that the PRRB does have such power, then the proper remedy would be a remand to the PRRB for the *Auburn* plaintiffs to prove such facts as are necessary to persuade that body that tolling should be granted in this case. Unlike this *Baystate* case, therefore, *Auburn* presents no occasion for this Court to delve into any of the facts bearing on the Defendant's calculation of the "SSI Fraction" at issue.

For these reasons, while we do not lightly decline to accommodate the scheduling conflicts of fellow counsel, if the amicus briefing schedule is to remain in place at all, Baystate cannot agree to even a short extension of that schedule.

                                            Respectfully submitted,

                                            /s/ Christopher L. Keough
                                            Christopher L. Keough
                                              DC Bar No. 436567
                                            John M. Faust
                                              DC Bar No. 433553
                                            Stephanie A. Webster
                                              DC Bar No. 479524
                                            VINSON & ELKINS L.L.P.
                                            1455 Pennsylvania Avenue, N.W.
                                            Suite 600
                                            Washington, D.C. 20004-1008
                                            (202) 639-6500 (phone)
                                            (202) 639-6604 (fax)

                                            Counsel for Plaintiff

December 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2007, I electronically filed the foregoing Notice of Baystate's Opposition to Motion for Extension of Time to File Amicus Brief using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Defendants:

>BRIAN G. KENNEDY
>LISA A. OLSON
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7300
>Washington, D.C. 20530

A copy of the foregoing Notice of Baystate's Opposition to Motion for Extension of Time to File Amicus Brief was served on this date on counsel for the Plaintiffs *Auburn Regional Medical Center v. Leavitt*, Case No. 07-2075, by email and U.S. mail at the following address:

>ROBERT L. ROTH
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595
>rroth@crowell.com

>>/s/ Christopher L. Keough
>>Christopher L. Keough

DC 731208v.2