UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, *et al.*, )<br>)<br>Defendants. ) | C.A. No. 06-1263 (JDB) |

**PRAECIPE REGARDING ORAL ARGUMENT**

PLEASE TAKE NOTICE that, subject to the Court's approval, Plaintiff proposes to proceed as follows for its portion of the hearing on the parties' cross-motions for summary judgment, currently scheduled for 9:30 AM on Thursday, February 14, 2007:

(1) Mr. Faust to address Plaintiff's right to relief from the Defendant's errors in calculating the "SSI Fraction" at issue in this case, and to respond to the Court's questions on that topic;

(2) Mr. Keough to address the legal issue whether "HMO days" and SSI "non-cash benefits" are to be included in the SSI Fraction, and to respond to the Court's questions on those topics.

In addition, for purposes of illustration at argument, Plaintiff offers the attached demonstrative exhibit, Exhibit 1, showing the constituent elements of the Medicaid and SSI Fractions.

Counsel for the Defendant advise that they have no objection to this proposal or to the submission of the attached exhibit.

                                                Respectfully submitted,

                                                /s/ Christopher L. Keough
                                                Christopher L. Keough
                                                  DC Bar No. 436567
                                                John M. Faust
                                                  DC Bar No. 433553
                                                Stephanie A. Webster
                                                  DC Bar No. 479524
                                                VINSON & ELKINS L.L.P.
                                                1455 Pennsylvania Avenue, N.W.
                                                Suite 600
                                                Washington, D.C.  20004-1008
                                                (202) 639-6500 (phone)
                                                (202) 639-6604 (fax)

                                                Counsel for Plaintiff

Dated: February 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2008, I electronically filed the foregoing Plaintiff's Praecipe Regarding Oral Argument using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Defendants:

>BRIAN G. KENNEDY
>LISA A. OLSON
>U.S. Department of Justice
>20 Massachusetts Avenue, N.W.
>Room 7300
>Washington, D.C. 20530

A copy of the foregoing Plaintiff's Praecipe Regarding Oral Argument was served on this date on counsel for the plaintiffs in *Auburn Regional Medical Center v. Leavitt*, Case No. 07-2075, by U.S. mail at the following address:

>ROBERT L. ROTH
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2595
>rroth@crowell.com

>/s/ Christopher L. Keough
>Christopher L. Keough