**Plaintiff's Demonstrative Exhibit 1**

| **Medicaid Fraction:** | **Medicare/SSI Fraction:** |
|---|---|
| Eligible for medical assistance (Medicaid) & not entitled to benefits under Medicare Part A | Entitled to both Federal SSI benefits & benefits under Medicare Part A |
| _____ | _____ |
| Total days | Entitled to benefits under Medicare Part A |

*Source*: 42 U.S.C. § 1395ww(d)(5)(F)(vi)