UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAYSTATE MEDICAL CENTER,

    Plaintiff,

        v.

MICHAEL O. LEAVITT, Secretary,
United States Department of Health and
Human Services, et al.,

    Defendants.

Civil Action No. 06-1263 (JDB)

## ORDER

Upon consideration of [15] plaintiff's motion for summary judgment on Count One and [21] the cross-motion for summary judgment of defendant Secretary of Health and Human Services, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that plaintiff's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant's motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that the portion of the claim set forth in paragraphs 357, 358(a)-(*l*), 359(a)-(g), and 360(b)(iv) of Count One of the complaint shall be **DISMISSED**; it is further

**ORDERED** that the Secretary's final decision, as set forth in the document signed by the Administrator of the Centers for Medicare and Medicaid Services dated May 11, 2006, is **REMANDED** to the Secretary for further proceedings consistent with the accompanying memorandum opinion; and it is further

**ORDERED** that plaintiff shall file a status report by not later than April 14, 2008, indicating whether Counts Two and Three should now be dismissed or whether a schedule governing further proceedings is necessary.

**SO ORDERED.**

/s/<br>
JOHN D. BATES<br>
United States District Judge

Date: March 31, 2008