**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-1263 (JDB) |
| | ) | |
| MICHAEL O. LEAVITT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion to amend [***doc. no.***] the Court's

Memorandum Opinion and Order entered March 31, 2008 [34, 35], together with the

response thereto and the parties' status reports regarding Counts Two and Three, it is

hereby

**ORDERED** that Plaintiff's motion is **GRANTED**; it is further

**ORDERED** that:

(1)     The Secretary's final decision, as set forth in the document signed by the

Administrator of the Centers for Medicare and Medicaid Services dated May 11, 2006, is

**VACATED** in its entirety, without remand for further proceedings before the Provider

Reimbursement Review Board to determine whether the Secretary omitted all SSI

records lacking a "Title II" number and without remand to the Secretary to provide a

further explanation why social security numbers and other available patient identifiers are

not the best data available for the SSI fraction match process;

(2)     The case is **REMANDED** to the Secretary for the purpose of promptly re-

calculating the Plaintiff's SSI fraction consistent with the Court's March 31, 2008

Memorandum Opinion (as herein amended) and paying Plaintiff the additional DSH

amounts due as a result of that recalculation, with interest calculated in accordance with 42 U.S.C. § 1395oo(f)(2);

(3)    On remand, the Secretary shall perform his recalculation of Plaintiff's SSI fractions for the years at issue using social security numbers primarily and other patient-specific identifiers (such as name and date of birth) as secondary, alternative identifiers, and without performing the match process solely on the basis of HIC numbers on the MEDPAR file and Title II numbers in the SSI data file; and, the Secretary shall afford the Plaintiff with a reasonable opportunity and means of verifying that the SSI fractions for the years at issue have been recalculated and corrected in a manner consistent with the Court's Memorandum Opinion, as amended.

(4)    This Court shall retain jurisdiction of this case to assure that the recalculation and payment herein ordered proceeds promptly and in a manner consistent with the Court's Memorandum Opinion (as herein amended).  The parties are directed to submit a joint report on _____, 2008, advising the Court regarding the status of the remand proceedings herein ordered.  A status conference will be scheduled thereafter to discuss the joint report.

(5)    The parties are further directed to file a joint status report on _____, 2008, advising the Court regarding their positions on the disposition of Counts Two and Three.

SO ORDERED.


_____
JOHN D. BATES
United States District Judge

Date: _____

756430_1.DOC