UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>    Defendants. | Civil Action No. 1:06-cv-01263 |

**JOINT MOTION FOR 30-DAY CONTINUANCE**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, the parties hereby move the Court to continue for 30 days, until May 28, 2008, the deadline for defendants to respond to plaintiff's motion to amend the Court's opinion and order on count one. Defendants' response is currently due on April 28, 2008. The reason for this motion is that the parties are engaged in discussions that may potentially result in an agreement on a jointly proposed remand order as to the issues which are the subject of plaintiff's motion to amend. This continuance is reasonable, will not prejudice the plaintiff, and will not unduly delay this case. For these reasons, the joint motion for a 30-day continuance should be granted.

Dated: April 25, 2008                          Respectfully submitted,

BY PLAINTIFF:                          **/s/ Christopher L. Keough**
                                                   CHRISTOPHER L. KEOUGH
                                                       DC Bar No. 436567
                                                   JOHN M. FAUST
                                                       DC Bar No. 433553
                                                  STEPHANIE A. WEBSTER
                                                       DC Bar No. 479524
                                                  Vinson & Elkins L.L.P.
                                                  The Willard Office Building
                                                  1455 Pennsylvania Avenue, N.W.
                                                  Suite 600
                                                  Washington, D.C. 20004-1008

        Telephone: (202) 639-6500

| | |
|---|---|
| BY DEFENDANTS: | JEFFREY A. TAYLOR |
| | United States Attorney |
| OF COUNSEL: | |
| | SHEILA M. LIEBER |
| JAMES C. STANSEL | Deputy Director |
| Acting General Counsel | |
| | **/s/ Lisa A. Olson** |
| JANICE HOFFMAN | BRIAN G. KENNEDY |
| Associate General Counsel |     DC Bar No. 228725 |
| | LISA A. OLSON |
| MARK D. POLSTON |     DC Bar No. 38266 |
| Deputy Associate General | U.S. Department of Justice |
|     Counsel for Litigation | 20 Mass. Ave., N.W., Room 7300 |
| | Washington, D.C. 20530 |
| ROBERT BALDERSTON | Telephone: (202) 514-5633 |
| Attorney | |
| | |
| United States Department of | |
|     Health and Human Services | |