UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>    Defendants. | Civil Action No. 1:06-cv-01263 |

**PROPOSED ORDER**

The Court having considered the joint motion for a thirty-day continuance of defendants' deadline for responding to plaintiff's motion to amend the Court's opinion and order on count one, and good cause having been shown, it is hereby

**ORDERED**, that the joint motion is granted; and it is further

**ORDERED**, a response to plaintiff's motion shall be filed on or before May 28, 2008.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Date: _____