UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:06-cv-01263<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ADDITIONAL 30-DAY CONTINUANCE**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, the parties hereby move the Court to continue for an additional 30 days, until June 27, 2008, the deadline for defendants to respond to plaintiff's motion to amend the Court's opinion and order on count one. Defendants' response is currently due on May 28, 2008. The parties have made some progress toward an agreement on a jointly proposed remand order as to the issues which are the subject of plaintiff's motion to amend. They have engaged a number of frank and productive discussions in a good faith attempt on both sides to resolve this matter. An additional 30 days are required to allow the parties to continue those discussions and further exchange ideas in the hope that an agreement can be reached.

This continuance is reasonable, will not prejudice the plaintiff, and will not unduly delay this case. For these reasons, the joint motion for an additional 30-day continuance should be granted.

Dated: May 27, 2008                              Respectfully submitted,


BY PLAINTIFF:                                    **/s/ Christopher L. Keough**
                                                 CHRISTOPHER L. KEOUGH
                                                     DC Bar No. 436567
                                                 JOHN M. FAUST

        DC Bar No. 433553
STEPHANIE A. WEBSTER
        DC Bar No. 479524
Vinson & Elkins L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
Telephone: (202) 639-6500

| | |
|---|---|
| BY DEFENDANTS: | JEFFREY A. TAYLOR |
| | United States Attorney |
| OF COUNSEL: | |
| | SHEILA M. LIEBER |
| THOMAS R. BARKER | Deputy Director |
| Acting General Counsel | |
| | **/s/ Lisa A. Olson** |
| JANICE HOFFMAN | BRIAN G. KENNEDY |
| Associate General Counsel |     DC Bar No. 228725 |
| | LISA A. OLSON |
| MARK D. POLSTON |     DC Bar No. 38266 |
| Deputy Associate General | U.S. Department of Justice |
|    Counsel for Litigation | 20 Mass. Ave., N.W., Room 7300 |
| | Washington, D.C. 20530 |
| ROBERT BALDERSTON | Telephone: (202) 514-5633 |
| Attorney | |
| | |
| United States Department of | |
|    Health and Human Services | |