UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAYSTATE MEDICAL CENTER,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　　Civil Action No. 1:06-cv-01263
　　　　　　　　　　　　　　　　　)
MICHAEL O. LEAVITT, et al.,　　　 )
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　 )
_____)

**PROPOSED ORDER**

The Court having considered the joint motion for an additional thirty-day continuance of defendants' deadline for responding to plaintiff's motion to amend the Court's opinion and order on count one, and good cause having been shown, it is hereby

**ORDERED**, that the joint motion is granted; and it is further

**ORDERED**, a response to plaintiff's motion shall be filed on or before June 27, 2008.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Date: _____