**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,           ) | |
| )| |
| Plaintiff,           ) | No. 1:06-cv-1263 (JDB) |
| ) | |
| v.           ) | |
| ) | |
| MICHAEL O. LEAVITT,           ) | |
| Secretary, United States Department           ) | |
| of Health and Human Services, et al.,           ) | |
| ) | |
| Defendants.           ) | |

## PRAECIPE

Please take note that the undersigned has a new address. The updated contact information is:

Christopher L. Keough
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)
CKeough@kslaw.com

Respectfully submitted,

/s/ Christopher L. Keough
Christopher L. Keough
DC Bar No. 436567
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiff

June 6, 2008