**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | No. 1:06-cv-1263 (JDB) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department ) | |
| of Health and Human Services, et al., ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE

Please take note that the undersigned has a new address. The updated contact information is:

Stephanie A. Webster
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-9125 (phone)
(202) 626-3737 (fax)
SWebster@kslaw.com

Respectfully submitted,

/s/ Stephanie A. Webster
Stephanie A. Webster
DC Bar No. 479524
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-9125 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiff

June 6, 2008