UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BAYSTATE MEDICAL CENTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:06-cv-01263 |
| MICHAEL O. LEAVITT, et al., | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
ADDITIONAL 33-DAY CONTINUANCE**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, defendants, by their undersigned attorneys, hereby move the Court to continue for an additional 33 days, to and including until July 30, 2008, the deadline for defendants to respond to plaintiff's motion to amend the Court's opinion and order on count one. Defendants' response is currently due on June 27, 2008, and has twice been extended by joint motion for thirty-day periods.

The parties continue to make efforts toward an agreement on a jointly proposed remand order as to the issues which are the subject of plaintiff's motion to amend. They have engaged a number of frank and productive discussions in a good faith attempt on both sides to resolve this matter. The additional time is requested to allow the parties to continue those discussions and further exchange ideas in the hope that an agreement can be reached.

Plaintiffs' counsel (Mr. Keough) has advised defendants' counsel (Mr. Kennedy) that plaintiffs do not oppose this motion.

This continuance is reasonable, will not prejudice the plaintiff, and will not unduly delay this case. For these reasons, the defendants' motion for an additional 33-day continuance should be granted.

Respectfully submitted,

|  |  |
|---|---|
|  | GREGORY G. KATSAS<br>Acting Assistant Attorney General |
| : | JEFFREY A. TAYLOR<br>United States Attorney |
| OF COUNSEL: | |
| | SHEILA M. LIEBER |
| THOMAS R. BARKER<br>Acting General Counsel | Deputy Director |
| | */s/ Brian G. Kennedy* |
| JANICE HOFFMAN<br>Associate General Counsel | BRIAN G. KENNEDY<br>    DC Bar No. 228725<br>LISA A. OLSON |
| MARK D. POLSTON<br>Deputy Associate General<br>    Counsel for Litigation |    DC Bar No. 38266<br>U.S. Department of Justice<br>20 Mass. Ave., N.W., Room 7300<br>Washington, D.C. 20530 |
| ROBERT BALDERSTON<br>Attorney | Telephone: (202) 514-5633 |
| United States Department of<br>    Health and Human Services | |