UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAYSTATE MEDICAL CENTER,      )
                              )
        Plaintiff,            )
                              )
        v.                    )    Civil Action No. 1:06-cv-01263
                              )
MICHAEL O. LEAVITT, et al.,   )
                              )
        Defendants.           )
_____)

**PROPOSED ORDER**

The Court having considered the defendants' unopposed motion for an additional

33-day continuance of defendants' deadline for responding to plaintiff's motion to amend

the Court's opinion and order on count one, and good cause having been shown, it is hereby

        **ORDERED**, that the motion is granted; and it is further

        **ORDERED**, that a response to plaintiff's motion shall be filed on or before July 30,

2008.

        **SO ORDERED.**


                                    _____
                                            JOHN D. BATES
                                    United States District Judge


Date: _____