# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BAYSTATE MEDICAL CENTER,   )
             )
    Plaintiff,     )
             )
   v.        )   C.A. No. 06-1263 (JDB)
             )
MICHAEL O. LEAVITT, *et al.*,   )
             )
    Defendants.    )

## PLAINTIFF'S STATUS REPORT

Plaintiff hereby submits the following report on the status of the parties' discussions and the time for defendants' response to plaintiff's motion to amend the Court's March 31, 2008 Memorandum Opinion and Order. As set forth below, no meaningful progress has been made in the last two months toward resolution of the matters raised in plaintiff's motion. Plaintiff expects that defendants will file their response to plaintiff's motion on July 30, 2008 and would request that no further extensions of time be granted.

1.  On April 14, 2008, plaintiff filed a motion to amend the Court's March 31, 2008 Memorandum Opinion and Order on Count One of the Complaint together with a status report on Counts Two and Three.

2.  On April 25, 2008, the parties filed a joint motion for a 30-day continuance, to May 28, 2008, of defendants' deadline to respond to plaintiff's motion while the parties engaged in discussions as to a jointly proposed remand order addressing the issues raised in plaintiff's motion. The Court granted that motion on April 28, 2008.

3.      On May 27, 2008, the parties filed another joint motion requesting a further 30-day continuance, until June 27, 2008, of defendants' deadline to respond to plaintiff's motion to amend the March 31st Opinion and Order.  The joint motion advised the Court that the parties had a number of discussions and were requesting an additional continuance in order to allow the parties to continue discussions in the hope of reaching agreement.  The Court granted that motion on May 27, 2008.

4.      On June 27, 2008, defendants filed an unopposed motion for a further continuance to July 30, 2008, of defendants' deadline to respond to plaintiff's motion. Defendants' motion advised the Court that the parties continued to make efforts toward an agreement on a jointly proposed remand order and requested additional time in the hope of reaching agreement.  The Court granted that motion on June 27, 2008.

5.      At this time, it appears that the time has come for defendants to respond to plaintiff's motion.   Despite plaintiff's repeated requests, the parties have not met in person since May 8, 2008.  Plaintiff has received no substantive communication from defendants as to the matters raised in plaintiff's motion since May 22, 2008.  Plaintiff has accommodated requests for additional time for defendant Leavitt to consider whether or how his agency wishes to resolve matters raised in the motion.  Plaintiff remains willing to entertain discussion of possible resolution of matters addressed in its motion, but at this time, it is apparent that no appreciable progress has been made over the past two months.  Plaintiff doubts that substantial progress will be made before July 30, 2008 and is not optimistic that substantial progress would be made if the matter is stayed any further.   Accordingly, plaintiff expects that defendants will file their response to

plaintiff's motion by the July 30, 2008 deadline and requests that no further extensions be granted.

Respectfully submitted,


/s/ Christopher L. Keough
Christopher L. Keough
 DC Bar No. 436567
KING & SPALDING, L.L.P.
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C.  20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiff



John M. Faust
 DC Bar No. 433553
VINSON & ELKINS, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Of Counsel for Plaintiff


Dated: July 18, 2008