UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01263 (JDB) |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' NOTICE OF FILING OF PROPOSED ORDER TO ACCOMPANY
PARTIAL OPPOSITION TO PLAINTIFF'S MOTION
TO AMEND THE COURT'S OPINION AND ORDER ON COUNT ONE [44]**

The Court will please notice the filing of the attached proposed order which was intended to accompany Defendants' Partial Opposition to Plaintiff's Motion to Amend the Court's Opinion and Order on Count One [Docket #44], and which was inadvertently omitted from that filing earlier today.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director

**/s/ Lisa A. Olson**
BRIAN G. KENNEDY
LISA A. OLSON (D.C. Bar #38266)
U.S. Department of Justice
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
      Counsel for Litigation

ROBERT W. BALDERSTON
Attorney

U.S. Department of Health
      and Human Services

Dated: July 30, 2008                    Counsel for Defendants