UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAYSTATE MEDICAL CENTER,                )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   Case No. 1:06-cv-01263 (JDB)
                                        )
MICHAEL O. LEAVITT, et al.,             )
                                        )
    Defendants.                         )
                                        )

ORDER

Having considered Plaintiff's Motion to Amend the Court's Opinion and Order on Count One and Status Report on Counts Two and Three ("Plaintiff's Motion"), Defendants' Partial Opposition to Plaintiff's Motion to Amend the Court's Opinion and Order on Count One ("Defendants' Opposition"), and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Plaintiff's Motion is granted in part and denied in part, and it is

FURTHER ORDERED that the Secretary's final decision sustaining the calculation by the Centers for Medicare & Medicaid Services ("CMS") of the "Supplemental Security Income (SSI) fraction" component of the Medicare payment adjustment for hospitals that serve a significantly disproportionate share ("DSH") of low income patients is hereby VACATED, and it is

FURTHER ORDERED that this matter is REMANDED to Defendant for the purpose of performing a recalculation of Plaintiff's SSI fractions consistent with the Court's Memorandum Opinion dated March 31, 2008 and pay the hospital any additional monies owing plus accrued interest under 42 U.S.C. § 1395oo(f)(2), and it is

FURTHER ORDERED that Plaintiff's request for a timetable, specific instructions for recalculation of Plaintiff's SSI fractions, and for this Court to retain jurisdiction is hereby DENIED, and it is

FURTHER ORDERED that Plaintiff shall file a status report by not later than _____, 2008, indicating whether Counts Two and Three should now be dismissed or whether a schedule governing further proceedings is necessary.

_____
UNITED STATES DISTRICT JUDGE