# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER,  )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.    )<br>   )<br>MICHAEL O. LEAVITT, *et al.*,  )<br>   )<br>   Defendants.  )<br>_____ ) | C.A. No. 06-1263 (JDB) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Plaintiff hereby moves for a 14-day extension of time, until August 25, 2008, to reply to defendants' partial opposition to its motion to amend the Court's Opinion and Order on Count One. Plaintiff filed its motion April 14, 2008. The deadline for defendants to respond to the motion was continued three times to July 30, 2008. Plaintiff's reply to defendants' partial opposition to the motion, filed yesterday, currently is due on August 11, 2008. The reason for this motion is that plaintiff's lead counsel is scheduled to be traveling on vacation throughout all of the week of August 4th and much of the week of August 11th. Defendants' counsel has advised plaintiff's counsel that defendants do not oppose this motion.

This request for an extension of time will not prejudice defendants and will not unduly delay this case. Plaintiff, therefore, requests that the Court grant this motion.

2

Respectfully submitted,

/s/ Christopher L. Keough
Christopher L. Keough
  DC Bar No. 436567
KING & SPALDING, L.L.P.
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C.  20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)

Counsel for Plaintiff

John M. Faust
  DC Bar No. 433553
VINSON & ELKINS, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C.  20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Of Counsel for Plaintiff

Dated: July 31, 2008