# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYSTATE MEDICAL CENTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-1263 (JDB) |
| MICHAEL O. LEAVITT, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## PROPOSED ORDER

Having considered plaintiff's motion for a 14-day extension of time, until August 25, 2008, to reply to defendants' partial opposition to plaintiff's motion to amend the Court's Opinion and Order on Count One, and for good cause shown, it is:

ORDERED that the motion for an extension of time is granted; and, it is further

ORDERED that plaintiff's reply to defendants' partial opposition is due on August 25, 2008.

_____
JOHN D. BATES
United States District Judge